UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY RICE, | ) | Case No. EDCV 08-1411-DDP(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| A. HEDGPETH, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: May 27, 2009

_____
Dean D. Pregerson
United States District Judge